IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02132-BNB

FERNANDO LOPEZ-MARTINEZ,

Applicant,

v.

J. M. WILNER, Warden FCI Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Fernando Lopez-Martinez initiated this action by submitting to the Court a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On October 2, 2008, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Lopez-Martinez to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Lopez-Martinez to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Lopez-Martinez was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The October 2, 2008, Order was returned to the Court on October 14, 2008, and the envelope, in which the Order was sent to Mr. Lopez-Martinez, was marked, "Return to Sender Refused Unable to Forward." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address.

Nonetheless, Mr. Lopez-Martinez now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 14 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02132-BNB

Fernando Lopez-Martinez
Reg. No. 18057-424
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/13/08

                                GREGORY C. LANGHAM, CLERK

                                By: _____
                                     Deputy Clerk